**Order entered November 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00957-CR

**KENDRIC DEJUAN ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70756-N**

## ORDER

Before the Court is appellant's November 25, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 27, 2019**. If appellant's brief is not filed by December 27, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     BILL PEDERSEN, III
        JUSTICE